IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NUUH AMIR NA'IM
ADC #116249                                                                                          PETITIONER

v.                          Case No. 5:18-cv-00170-KGB/JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 6). Accordingly, petitioner Nuuh Amir Na'im's petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 1). The Court will not issue a certificate of appealability in this case.

So ordered this 27th day of December, 2018.

Kristine G. Baker
United States District Judge