**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**NUUH AMIR NA'IM
ADC #116249**                                                          **PETITIONER**

**v.**                               **Case No. 5:18-cv-00170-KGB/JJV**

**WENDY KELLEY, Director,
Arkansas Department of Correction**                        **RESPONDENT**

## <u>JUDGMENT</u>

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that

petitioner Nuuh Amir Na'im's petition for writ of habeas corpus is dismissed without prejudice.

So adjudged this 27th day of December, 2018.

_____
Kristine G. Baker
United States District Judge